UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

In re:

**JASON WADE TRUST**
**11540 WARM SPRINGS WAY**
**YUCAIPA, CA 92399**

In re:
JASON WADE TRUST
11540 WARM SPRINGS WAY
YUCAIPA, CA 92399

Case Number: 6:18-bk-16856-RB
Date: 12/5/2022

## NOTICE OF RECEIPT OF ADDITIONAL CLAIM

COMES NOW the Trustee and shows the following claim was filed against the estate of the debtor, and that such claim was not included on previous notices of claims filed:

| Name and Address of Creditor | Amount | Classification | % Cred | Claim# |
|---|---|---|---|---|
| RUSHMORE LOAN MANAGEMENT SVCS<br>PO BOX 52708<br>IRVINE, CA 92619 | $27,056.92 | MORTGAGE ARREARS<br>Acct: 3690 | 100.00 | 18 |

Pursuant to 11 U.S.C. 501 and 11 U.S.C. 502(a) this claim will be deemed allowed unless a party in interest objects.

Notice is given that in the absence of a filed, written objection to the allowance of the claim, such claim will be treated as indicated above.

_____
Rod Danielson, Chapter 13 Trustee

This is to certify that a copy of this Notice of Receipt of Additional Claim was served upon the debtor(s) and his/her attorney of record on 12/5/2022 at Riverside, California.

_____
Shameka Chambers

FG:016 - SC