**Rod Danielson**
**Chapter 13 Trustee**
**3787 University Avenue**
**Riverside, CA 92501**
Tel. (951) 826-8000, Fax (951) 826-8090

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| **IN RE:** | **Case No.:  6:18-bk-16856-RB** |
| **JASON WADE TRUST** **SHONTAY LEANNE TRUST** | **NOTICE OF VOLUNTARY DISMISSAL OF TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 CASE** [ 11 U.S.C. 1307(c) ] |
| Debtor(s). | |
| | **Hearing Date: 01/11/2023** |

TO DEBTOR(S), COUNSEL, AND ALL INTERESTED PARTIES:

Notice is hereby given that the Chapter 13 Trustee hereby withdraws his Motion To Dismiss dated 11/01/2022.

The hearing on this motion which was scheduled for 01/11/2023, should be taken off calendar.

Date: 12/28/2022

_____
Rod Danielson, Chapter 13 Trustee