Rod Danielson, Chapter 13 Standing Trustee
3787 University Avenue, Riverside, CA 92501
Tel. (951) 826-8000

**STATUS REPORT - CASE #6:18-bk-16856-RB  AS OF 3/31/2023**

| LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 MONTHS | |
|---|---|---|---|
| 03/13/23 | $3,981.00 | 03/2023 | $3,981.00 |
| 02/13/23 | $3,981.00 | 02/2023 | $3,981.00 |
| 01/12/23 | $3,981.00 | 01/2023 | $3,981.00 |
| 12/21/22 | $3,981.00 | 12/2022 | $5,669.00 |
| 12/19/22 | $688.00 | 11/2022 | $3,000.00 |
| 12/19/22 | $1,000.00 | 10/2022 | $1,000.00 |
| 11/29/22 | $3,000.00 | 09/2022 | $1,000.00 |
| 10/31/22 | $1,000.00 | 08/2022 | $3,179.00 |
| 09/15/22 | $1,000.00 | 07/2022 | $688.00 |
| 08/16/22 | $929.00 | 06/2022 | $688.00 |
| 08/15/22 | $1,000.00 | 05/2022 | $1,188.00 |
| 08/15/22 | $1,000.00 | 04/2022 | $1,500.00 |

JASON WADE TRUST
SHONTAY LEANNE TRUST
11540 WARM SPRINGS WAY
YUCAIPA, CA  92399

CURRENT CASE DISPOSITION: <u>ACTIVE</u>

| | | | |
|---|---|---|---|
| FILING DATE: | 08/14/2018 | MONTHLY PLAN PMT AMT: | $1,688.00 | FEES PAID TO ATTY: | $3,260.00 |
| 1ST MEETING DATE: | 09/26/2018 | GROSS RECEIPTS: | $93,078.00 | FEES PAID TO TRUSTEE: | $6,159.26 |
| CONFIRMATION DATE: | 10/25/2018 | REFUNDS FR CREDITORS: | $0.00 | REFUNDS TO DEBTORS: | $0.00 |
| TERM OF PLAN: | 60 MONTHS | NET PAID CREDITORS: | $80,032.05 | BALANCE ON HAND: | $3,626.69 |
| PERCENT TO UNSEC.: | 25.00% | | | | |

| CLM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | HESTON & HESTON, ATTORNEYS AT | ATTORNEY FEE | N/A | $3,260.00 | $3,260.00 | $3,260.00 | $0.00 | $0.00 |
| 0001 | AWA COLLECTIONS | UNSECURED | 0.00 | $3,649.00 | $3,141.60 | $0.00 | $0.00 | $785.40 |
| 0002 | AWA COLLECTIONS | UNSECURED | 0.00 | $787.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0003 | CAPITAL ONE NA | UNSECURED | 0.00 | $6,891.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0004 | CITIBANK NA | UNSECURED | 0.00 | $1,471.00 | $1,453.75 | $0.00 | $0.00 | $363.44 |
| 0005 | LVNV FUNDING LLC | UNSECURED | 0.00 | $510.00 | $442.86 | $0.00 | $0.00 | $110.72 |
| 0006 | DISCOVER BANK | UNSECURED | 0.00 | $7,507.00 | $7,507.04 | $0.00 | $0.00 | $1,876.76 |
| 0007 | FRONTIER COMMUNICATIONS | UNSECURED | 0.00 | $466.00 | $466.28 | $0.00 | $0.00 | $116.57 |
| 0008 | NETCREDIT | UNSECURED | 0.00 | $2,474.00 | $2,474.21 | $0.00 | $0.00 | $618.55 |
| 0009 | REPRODUCTIVE FERTILITY EMBRYO | UNSECURED | 0.00 | $1,192.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0010 | VISTERRA CREDIT UNION | UNSECURED | 0.00 | $7,103.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0011 | WELLS FARGO BANK NA | UNSECURED | 0.00 | $21,738.00 | $21,738.38 | $0.00 | $0.00 | $5,434.60 |
| 0012 | ALTURA CREDIT UNION | SECURED | 0.00 | $7,965.00 | $7,470.77 | $0.00 | $0.00 | $0.00 |
| 0013 | RUSHMORE LOAN MANAGEMENT S | MORTGAGE ARREARS | 0.00 | $56,138.21 | $65,143.10 | $65,143.10 | $0.00 | $0.00 |
| 0014 | SUNTRUST BANK-DDA RECOVERY | UNSECURED | 0.00 | $0.00 | $2,150.26 | $0.00 | $0.00 | $537.57 |
| 0015 | BANK OF AMERICA NA | UNSECURED | 0.00 | $0.00 | $2,616.18 | $0.00 | $0.00 | $654.04 |
| 0016 | VERIZON BY AMERICAN INFOSOUR | UNSECURED | 0.00 | $0.00 | $166.32 | $0.00 | $0.00 | $41.58 |
| 0017 | CHAPMAN HEIGHTS COMMUNITY | SECURED | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0018 | RUSHMORE LOAN MANAGEMENT S | MORTGAGE ARREARS | 0.00 | $0.00 | $27,056.92 | $14,888.95 | $0.00 | $12,167.97 |
| | | | | | **TOTAL PRINCIPAL BALANCE OWED*:** | | | **$22,707.20** |

* THE "TOTAL PRINCIPAL BALANCE OWED" IS NOT THE AMOUNT NECESSARY TO PAY YOUR PLAN IN FULL .  IT DOES NOT TAKE INTO ACCOUNT ANY BALANCE ON HAND, NOR DOES IT INCLUDE TRUSTEE'S FEES (ESTIMATED AT 11%), ACCRUING INTEREST, ANY CLAIMS THAT THE TRUSTEE IS NOT AWARE OF, OR "BASE PLAN" REQUIREMENTS.  TO OBTAIN AN ESTIMATED PAYOFF BALANCE, PLEASE SUBMIT A WRITTEN REQUEST TO THE TRUSTEE.