United States Bankruptcy Court
Central District of California

In re:  Case No. 18-16856-RB
Jason Wade Trust  Chapter 13
Shontay Leanne Trust
   Debtors

# CERTIFICATE OF NOTICE

| District/off: 0973-6 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 24, 2023 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 40935465 | + Email/Text: flyersprod.inbound@axisai.com | Jul 24 2023 23:58:00 | U.S. Bank Trust National Association,, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2023 at the address(es) listed below:**

**Name**    **Email Address**

Benjamin Heston
    on behalf of Debtor Jason Wade Trust bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net

Benjamin Heston
    on behalf of Joint Debtor Shontay Leanne Trust bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net

Erica T Loftis Pacheco
    on behalf of Creditor PRPM 2021-3 LLC bknotifications@ghidottiberger.com

Erica T Loftis Pacheco
    on behalf of Creditor U.S. Bank Trust National Association as Trustee of the LB-Cabana Series IV Trust bknotifications@ghidottiberger.com

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 24, 2023 | Form ID: trc | Total Noticed: 1 |

Kelli M Brown
   on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the LB-Cabana Series IV Trust
   kbrown@ghidottiberger.com, bknotifications@ghidottiberger.com

Marisol A Nagata
   on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the LB-Cabana Series IV Trust
   bknotifications@ghidottiberger.com, mnagata@ghidottiberger.com

Nancy L Lee
   on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Wachovia Bank, National Association,
   as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, S bknotice@mccarthyholthus.com,
   nlee@ecf.courtdrive.com

Nancy L Lee
   on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com  nlee@ecf.courtdrive.com

Rod Danielson (TR)
   notice-efile@rodan13.com

United States Trustee (RS)
   ustpregion16.rs.ecf@usdoj.gov

Yadira P Delgado
   on behalf of Creditor WELLS FARGO BANK  N.A. Yadira.P.Delgado@wellsfargo.com

TOTAL: 11

2100 B (12/15)

# United States Bankruptcy Court

Central District of California
Case No. 6:18-bk-16856-RB
Chapter 13

In re: Debtor(s) (including Name and Address)

Jason Wade Trust
11540 Warm Springs Way
Yucaipa CA 92399

Shontay Leanne Trust
11540 Warm Springs Way
Yucaipa CA 92399

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/22/2023.

Name and Address of Alleged Transferor(s):

Claim No. 9: U.S. Bank Trust National Association,, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708

Name and Address of Transferee:

US Bank Trust NA
SN Servicing Corporation
323 5th Street
Eureka, CA 95501

**-- DEADLINE TO OBJECT TO TRANSFER --**

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/26/23

Kathleen J. Campbell
**CLERK OF THE COURT**