Certificate Number: 14912-CAC-DE-037633594

Bankruptcy Case Number: 18-16856



14912-CAC-DE-037633594

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 30, 2023, at 7:48 o'clock PM EDT, Jason Trust completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: July 30, 2023

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor