ROD DANIELSON
CHAPTER 13 TRUSTEE
3787 University Avenue
Riverside, CA 92501
Tel.: (951) 826-8000
Fax: (951) 826-8090

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>JASON WADE TRUST, and<br>SHONTAY LEANNE TRUST<br><br><br><br>Debtor(s). | Chapter 13<br>Case No.:  6:18-bk-16856-RB<br><br>**NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, OBTAIN DISCHARGE OF TRUSTEE, AND CLOSE CASE**<br><br>**(COMPLETED CASE)** |

TO:  THE ABOVE NAMED DEBTOR(S), CREDITORS, THE UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA AND ALL OTHER PARTIES IN INTEREST:

   NOTICE IS HEREBY GIVEN that the Chapter 13 Trustee in the above-captioned case whose name and address is set forth in the upper left-hand corner of this notice, intends to file a Final Report, a summary of which is attached hereto; and

   NOTICE IS FURTHER GIVEN that in the event no objection is filed within thirty (30) days after the date of this Notice, the Court will discharge the Trustee and close the case (see 11 U.S.C. 350 (a) and Rule 5009, F.R.B.P.); and

   NOTICE IS FURTHER GIVEN that any objection together with a notice setting forth the date, time and location of the hearing on the objection, shall be filed with this Court and served upon the Chapter 13 Trustee at the address set forth above, upon the Debtor(s) and Debtor's attorney, if any, and upon the Office of the United States Trustee.

   Failure to schedule a hearing and serve notice thereof shall be deemed a waiver/withdrawal of any objection, and the case will be closed accordingly.  Filing a claim or amended claim does not constitute filing an "objection" for purposes of case closing.  Contact your attorney for more information.

   Executed on 9/7/2023 at Riverside, California.


_____
Rod Danielson, Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

IN RE: JASON WADE TRUST
11540 WARM SPRINGS WAY
YUCAIPA, CA 92399

Case No.: 6:18-bk-16856-RB
Judge: Magdalena Reyes Bordeaux

# DRAFT FINAL REPORT AND ACCOUNT

This case was: **COMPLETED**

SSN#1 - XXX-XX-6939
SSN#2 - XXX-XX-3409

| This Case was: commenced on 08/14/2018 | The Plan was: Confirmed on 10/25/2018 | The Case was: concluded on 09/07/2023 |
|---|---|---|

The trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all distributions through the above referenced Plan.

RECEIPTS: Amounts paid to the trustee by or for the Debtor for the benefit of creditors:   $114,128.89

## DISTRIBUTIONS TO CREDITORS

| NAME OF CREDITOR | DESCRIPTION | CLASS | CLAIM AMOUNT | AMOUNT PAID | INTEREST PAID | BALANCE DUE |
|---|---|---|---|---|---|---|
| ALTURA CREDIT UNION | 12 HONDA PILOT D/P | SECURED | 7,470.77 | 0.00 | 0.00 | 0.00 |
| AWA COLLECTIONS | | UNSECURED | 3,141.60 | 785.40 | 0.00 | 0.00 |
| AWA COLLECTIONS | | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA NA | N/S | UNSECURED | 2,616.18 | 654.04 | 0.00 | 0.00 |
| CAPITAL ONE NA | | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| CHAPMAN HEIGHTS COMMUNITY | HOA D/P | SECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIBANK NA | A/C | UNSECURED | 1,453.75 | 363.44 | 0.00 | 0.00 |
| DISCOVER BANK | | UNSECURED | 7,507.04 | 1,876.76 | 0.00 | 0.00 |
| FRONTIER COMMUNICATIONS | | UNSECURED | 466.28 | 116.57 | 0.00 | 0.00 |
| LVNV FUNDING LLC | | UNSECURED | 442.86 | 110.72 | 0.00 | 0.00 |
| NETCREDIT | | UNSECURED | 2,474.21 | 618.55 | 0.00 | 0.00 |
| REPRODUCTIVE FERTILITY EMBRYO BANK | | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| SN SERVICING CORP | 1ST TD ARRS | MORTGAGE ARR | 65,143.10 | 65,143.10 | 0.00 | 0.00 |
| SN SERVICING CORP | 1ST TD SUPPL POC FOR P | MORTGAGE ARR | 27,056.92 | 27,056.92 | 0.00 | 0.00 |
| SUNTRUST BANK-DDA RECOVERY | N/S | UNSECURED | 2,150.26 | 537.57 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURCE LP AS | N/S | UNSECURED | 166.32 | 41.58 | 0.00 | 0.00 |
| VISTERRA CREDIT UNION | | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | | UNSECURED | 21,738.38 | 5,434.60 | 0.00 | 0.00 |

## SUMMARY OF CLAIMS ALLOWED AND PAID

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | TOTAL PAID PRIN. & INT. |
|---|---|---|---|---|---|---|---|
| AMT. ALLOW | 99,670.79 | 0.00 | 42,156.88 | | 0.00 | 141,827.67 | 102,739.25 |
| PRIN. PAID | 92,200.02 | 0.00 | 10,539.23 | | 0.00 | 102,739.25 | |
| INT. PAID | 0.00 | 0.00 | 0.00 | | | 0.00 | |

## DISBURSEMENTS PURSUANT TO AN ORDER OF THE COURT

| DEBTORS' ATTORNEY HESTON & HESTON, ATTORNEYS AT LAW | FEE ALLOWED 3,260.00 | FEE PAID THROUGH PLAN 3,260.00 |
|---|---|---|

## COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION

| FILING FEE & DEPOSIT: 0.00 | TRUSTEE EXP. & COMPENSATION FUND: 8,129.64 | OTHER COST: 0.00 | TOTAL: 8,129.64 |
|---|---|---|---|

CASE NO: 6:18-bk-16856-RB                                                JASON WADE TRUST, and
                                                                         SHONTAY LEANNE TRUST

## NOTICE Re: Accuracy of Final Report

    The Final Report in this case will be filed not less than 30 days from today's date. The financial accounting portion of the Final Report represents an accurate summary of the fiscal transactions in this case. However, other information contained in the Final Report, including the number and dates of debtor defaults and plan modifications, "claim asserted" amounts, value of assets exempted or abandoned by court order, etc. may not reflect all information in the court's records, particularly in older or dismissed/converted cases. You may wish to log onto the court's document website at www.pacer.com, if you wish to verify the accuracy of non-financial information in the Final Report. There is a charge for accessing this website.

DATED: September 07, 2023

                                                                                        */s/ Rod Danielson*
                                                                   Rod Danielson, Chapter 13 Trustee

| In re: **JASON WADE TRUST** <br> **SHONTAY LEANNE TRUST** <br> Debtor(s) | **Chapter: 13** <br> Case Number: **6:18-bk-16856-RB** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address 3787 University Avenue, Riverside, CA 92501.

The foregoing document described **NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, OBTAIN DISCHARGE OF TRUSTEE AND CLOSE CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **09/07/2023** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**BEN@HESTONLAW.COM**

☐ Service Information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **9/7/2023** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

[X] Service Information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (Indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/7/2023 | TONY HO | /s/ Tony Ho |
|---|---|---|
| Date | Type Name | Tony Ho |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

JUNE 2012        FG:046              Page 4 of 5                **F 9013-3.1.PROOF.SERVICE**

| In re: **JASON WADE TRUST**<br>**SHONTAY LEANNE TRUST**<br><br>Debtor(s) | **Chapter: 13**<br><br>Case Number: **6:18-bk-16856-RB** |
|---|---|

## PROOF OF SERVICE - CONTINUED

JASON WADE TRUST
SHONTAY LEANNE TRUST
11540 WARM SPRINGS WAY
YUCAIPA, CA 92399

AWA COLLECTIONS
1045 W. KATELLA AVE
ORANGE, CA 92867

CAPITAL ONE NA
PO BOX 30285
SAN FRANCISCO, CA 94130-0285

REPRODUCTIVE FERTILITY
EMBRYO BANK
9301 WILSHIRE BLVD, #208
9301 WILSHIRE BLVD, 00000

VISTERRA CREDIT UNION
23520 CACTUS AVE
MORENO VALLEY, CA 92553

SUNTRUST BANK-DDA RECOVERY
PO BOX 26150/ VA-RVW-9394
RICHMOND, VA 23260-6150

DISCOVER BANK
ATTN: DISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY, OH 43054-3025

BANK OF AMERICA NA
800 MARKET ST MO1-800-06-14
ST. LOUIS, MO 63101-2510

FRONTIER COMMUNICATIONS
ATTN: BANKRUPTCY DEPT
19 JOHN ST
MIDDLETOWN, NY 10940

LVNV FUNDING LLC
C/O RESURGENT CAPITAL
SERVICES
PO BOX 10587
GREENVILLE, SC 29603-0587

WELLS FARGO BANK NA
C/O WELLS FARGO CARD
SERVICES
PO BOX 9210
DES MOINES, IA 50306

NETCREDIT
175 W JACKSON BLVD
SUITE 1000
CHICAGO, IL 60604

VERIZON BY AMERICAN
INFOSOURCE LP AS AGENT
PO BOX 248838
OKLAHOMA CITY, OK 73124-8838

CITIBANK NA
6716 GRADE LN
BLDG 9, STE 910-PY DEPT
LOUISVILLE, KY 40213-3439

AWA COLLECTIONS
1045 W KATELLA AVE
ORANGE, CA 92867

ALTURA CREDIT UNION
2847 CAMPUS PARKWAY
RIVERSIDE, CA 92507

CHAPMAN HEIGHTS COMMUNITY
C/O ASSOCIA PCM
1225 ALMA RD STE 100
RICHARDSON, TX 75081

SN SERVICING CORP
323 FIFTH ST.
EUREKA, CA 95501

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

JUNE 2012    FG:046    Page 5 of 5    F 9013-3.1.PROOF.SERVICE