Rod Danielson
Chapter 13 Trustee
3787 University Avenue
Riverside, CA 92501
Tel. (951) 826-8000, Fax (951) 826-8090

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| IN RE: | CASE NO. 6:18-bk-16856-RB |
|---|---|
| | CHAPTER 13 |
| JASON WADE TRUST | |
| SHONTAY LEANNE TRUST | JUDGE MAGDALENA REYES BORDEAUX |
| DEBTORS | |
| | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Rod Danielson files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** SN SERVICING CORP

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| | 6147 | $65,143.10* | $65,143.10 | $65,143.10 |
| Total Amount Paid by Trustee | | | | $65,143.10 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Plan        **X**  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

*If no claim was filed this figure represents debtor's estimated debt.

CASE NO. 6:18-bk-16856-RB

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 11th day of September, 2023.

JASON WADE TRUST, SHONTAY LEANNE TRUST, 11540 WARM SPRINGS WAY, YUCAIPA, CA 92399

HESTON & HESTON, ATTORNEYS AT LAW, 19700 FAIRCHILD RD, STE 280, IRVINE, CA 92612

SN SERVICING CORP, 323 FIFTH ST., EUREKA, CA 95501

WELLS FARGO HOME MORTGAGE, PO BOX 10335, DES MOINES, IA 50306

ELECTRONIC SERVICE - United States Trustee

Date:  September 11, 2023

/s/ Rod Danielson
Rod Danielson
Chapter 13 Trustee
3787 University Avenue
Riverside, CA  92501