United States Bankruptcy Court

Central District of California

In re:          Case No. 18-16856-RB

Jason Wade Trust         Chapter 13

Shontay Leanne Trust

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 3

Date Rcvd: Sep 27, 2023      Form ID: van110      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason Wade Trust, Shontay Leanne Trust, 11540 Warm Springs Way, Yucaipa, CA 92399-6853 |
| 38689185 | + | AWA Collections, 1045 W. Katella Ave, Orange, CA 92867-3561 |
| 38689184 | + | Altura Credit Union, PO Box 12001, Riverside, CA 92502-2201 |
| 38689187 |   | Capital One NA, PO Box 30285, San Francisco, CA 94130-0285 |
| 39094852 | + | Chapman Heights Community, c/o Associa PCM, 1225 Alma Rd Ste 100, Richardson TX 75081-2298 |
| 39094853 | + | Reproductive Fertility Embryo Bank, 9301 Wilshire Blvd #208, Beverly Hills CA 90210-6113 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg |   | Email/Text: itcdbg@edd.ca.gov | Sep 28 2023 01:06:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg |   | Email/Text: BKBNCNotices@ftb.ca.gov | Sep 28 2023 01:07:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | Email/Text: bknotice@mccarthyholthus.com | Sep 28 2023 01:06:00 | U.S. Bank National Association, as Trustee, succes, c/o McCarthy & Holthus LLP, 1770 Fourth Avenue, San Diego, CA 92101-2607 |
| cr | ^ | MEBN | Sep 28 2023 01:04:16 | U.S. Bank Trust National Association, as Trustee o, Ghidotti Berger, LLP, 1920 Old Tustin Ave, Santa Ana, CA 92705-7811 |
| 39078757 | + | Email/Text: bknotifications@alturacu.com | Sep 28 2023 01:07:00 | Altura Credit Union, 2847 Campus Parkway, Riverside CA 92507-0906 |
| 39085878 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 28 2023 01:06:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 39155170 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 28 2023 01:22:16 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 38689188 |   | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 28 2023 01:12:00 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 38689189 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 28 2023 01:22:22 | Credit One Bank, 585 South Pilot Street, Las Vegas, NV 89119-3619 |
| 38689190 |   | Email/Text: mrdiscen@discover.com | Sep 28 2023 01:06:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 38702135 |   | Email/Text: mrdiscen@discover.com | Sep 28 2023 01:06:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 38689191 |   | Email/Text: bankruptcynotification@ftr.com | Sep 28 2023 01:07:00 | Frontier Communications, 19 John Street, Middletown, NY 10940 |

Case 6:18-bk-16856-RB    Doc 141    Filed 09/29/23    Entered 09/29/23 21:18:24    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0973-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 27, 2023 | Form ID: van110 | Total Noticed: 31 |

| Recip ID | Bypass | Notice Type / Address | Date/Time | Recipient |
|---|---|---|---|---|
| 39102419 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 28 2023 01:22:19 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 38689192 | + | Email/Text: netcreditbnc@enova.com | Sep 28 2023 09:39:06 | NC Financial, 175 West Jackson Blvd, Suite 1000, Chicago, IL 60604-2863 |
| 40796423 | + | Email/Text: flyersprod.inbound@axisai.com | Sep 28 2023 01:06:00 | PRPM 2021-3, LLC, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 38695606 | + | Email/Text: bankruptcy@bbandt.com | Sep 28 2023 01:06:00 | SunTrust Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 39133397 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 28 2023 01:12:00 | U.S. Bank National Association, as Trustee, C/O Wells Fargo Bank, N.A., as servicer, Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 40935465 | + | Email/Text: flyersprod.inbound@axisai.com | Sep 28 2023 01:06:00 | U.S. Bank Trust National Association,, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 41316529 | + | Email/Text: flyersprod.inbound@axisai.com | Sep 28 2023 01:06:00 | U.S. Bank Trust National Association, as Trustee, of the LB-Cabana Series IV Trust, c/o: Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 41619450 | ^ | MEBN | Sep 28 2023 01:03:56 | US Bank Trust NA, SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 39136100 | | Email/PDF: ebn_ais@aisinfo.com | Sep 28 2023 01:11:57 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 38689194 | + | Email/Text: bknotifications@alturacu.com | Sep 28 2023 01:07:00 | Visterra Credit Union, 23520 Cactus Ave, Moreno Valley, CA 92553-8906 |
| 39103170 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 28 2023 01:22:16 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 38689195 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 28 2023 01:22:28 | Wells Fargo Card Services, PO Box 51193, Los Angeles, CA 90051-5493 |
| 38689196 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 28 2023 01:11:57 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| cr | | WELLS FARGO BANK, N.A. |
| cr | *+ | PRPM 2021-3, LLC, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 38689186 | *+ | AWA Collections, 1045 W. Katella Ave, Orange, CA 92867-3561 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0973-6 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 27, 2023 | Form ID: van110 | Total Noticed: 31 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2023                                 Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Joint Debtor Shontay Leanne Trust bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Debtor Jason Wade Trust bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Erica T Loftis Pacheco | on behalf of Creditor PRPM 2021-3  LLC bknotifications@ghidottiberger.com |
| Erica T Loftis Pacheco | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the LB-Cabana Series IV Trust bknotifications@ghidottiberger.com |
| Kelli M Brown | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the LB-Cabana Series IV Trust kbrown@ghidottiberger.com, bknotifications@ghidottiberger.com |
| Marisol A Nagata | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the LB-Cabana Series IV Trust bknotifications@ghidottiberger.com, mnagata@ghidottiberger.com |
| Nancy L Lee | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com  nlee@ecf.courtdrive.com |
| Nancy L Lee | on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, S bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |
| Yadira P Delgado | on behalf of Creditor WELLS FARGO BANK  N.A. Yadira.P.Delgado@wellsfargo.com |

TOTAL: 11

(Form van110−dbcrtn/dbcrtni VAN−110)
Rev. 12/09

# United States Bankruptcy Court
## Central District of California

3420 Twelfth Street, Riverside, CA 92501−3819

# NOTICE OF APPLICATION FOR ENTRY OF DISCHARGE

**DEBTOR(S) INFORMATION:**
Jason Wade Trust

**SSN:** xxx−xx−6939
**EIN:** N/A
Shontay Leanne Trust
aw Trust Family Daycare
**SSN:** xxx−xx−3409
11540 Warm Springs Way
Yucaipa, CA 92399

**BANKRUPTCY NO.** 6:18−bk−16856−RB
**CHAPTER** 13

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that the debtor(s) in the above−captioned bankruptcy case has made application to the court for entry of the debtor(s)' discharge from all debts subject to discharge in this case.

Any creditor or party in interest who has knowledge that the debtor(s) does not qualify for a discharge must do the following within 14−days from the date of this notice:

1. File a written objection to entry of discharge;
2. Serve a copy of the written objection on the debtor(s), the debtor's counsel, if any and the Chapter 13 Trustee; and
3. If the objecting party wishes to have a hearing on the objection, this should be stated in the caption of the objection.

If a hearing is set and you fail to attend, the court may deem your objection to the entry of discharge to be withdrawn.

If the court determines that entry of discharge is not warranted, the case will be closed without a discharge.

Dated: September 27, 2023

BY THE COURT,

**Kathleen J. Campbell**
Clerk of the Court