**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**6 DIVISION**

| | |
|---|---|
| In re:<br>JASON WADE TRUST<br>SHONTAY LEANNE TRUST<br>Debtor(s) | Case No. 6:18-bk-16856-RB |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Rod Danielson, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/14/2018.

2) The plan was confirmed on 10/25/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/19/2019, 08/21/2019.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/15/2019, 07/16/2019, 07/16/2020, 08/03/2022, 11/02/2022.

5) The case was completed on 08/17/2023.

6) Number of months from filing or conversion to last payment: 60.

7) Number of months case was pending: 63.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $154,017.07.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $114,128.89 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$114,128.89** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,260.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $8,129.64 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$11,389.64** |

Attorney fees paid and disclosed by debtor:  $1,190.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALTURA CREDIT UNION | Secured | 7,965.00 | 7,470.77 | 7,470.77 | 0.00 | 0.00 |
| AWA COLLECTIONS | Unsecured | 3,649.00 | 3,141.60 | 3,141.60 | 785.40 | 0.00 |
| AWA COLLECTIONS | Unsecured | 787.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | NA | 2,616.18 | 2,616.18 | 654.04 | 0.00 |
| CAPITAL ONE NA | Unsecured | 6,891.00 | NA | NA | 0.00 | 0.00 |
| CHAPMAN HEIGHTS COMMUNITY | Secured | NA | NA | NA | 0.00 | 0.00 |
| CITIBANK NA | Unsecured | 1,471.00 | 1,453.75 | 1,453.75 | 363.44 | 0.00 |
| DISCOVER BANK | Unsecured | 7,507.00 | 7,507.04 | 7,507.04 | 1,876.76 | 0.00 |
| FRONTIER COMMUNICATIONS | Unsecured | 466.00 | 466.28 | 466.28 | 116.57 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 510.00 | 442.86 | 442.86 | 110.72 | 0.00 |
| NETCREDIT | Unsecured | 2,474.00 | 2,474.21 | 2,474.21 | 618.55 | 0.00 |
| REPRODUCTIVE FERTILITY EMBRYC | Unsecured | 1,192.00 | NA | NA | 0.00 | 0.00 |
| SN SERVICING CORP | Secured | 56,138.21 | 65,143.10 | 65,143.10 | 65,143.10 | 0.00 |
| SN SERVICING CORP | Secured | NA | 27,056.92 | 27,056.92 | 27,056.92 | 0.00 |
| SUNTRUST BANK-DDA RECOVERY | Unsecured | NA | 2,150.26 | 2,150.26 | 537.57 | 0.00 |
| VERIZON BY AMERICAN INFOSOURC | Unsecured | NA | 166.32 | 166.32 | 41.58 | 0.00 |
| VISTERRA CREDIT UNION | Unsecured | 7,103.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Unsecured | 21,738.00 | 21,738.38 | 21,738.38 | 5,434.60 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $92,200.02 | $92,200.02 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $7,470.77 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$99,670.79** | **$92,200.02** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$42,156.88** | **$10,539.23** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $11,389.64 |
| Disbursements to Creditors | $102,739.25 |
| **TOTAL DISBURSEMENTS :** | **$114,128.89** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/02/2023    By:    _____
                                        Rod Danielson, Chapter 13 Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

| In re:  **JASON WADE TRUST** **SHONTAY LEANNE TRUST**    Debtors | **Chapter: 13** Case Number: **6:18-bk-16856-RB** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 3787 University Avenue, Riverside, CA 92501.

The foregoing document described **CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **11/02/2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**US Trustee: ustpregion16.rs.ecf@usdoj.gov**
**BEN@HESTONLAW.COM**

☐ Service Information continued on attached page

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **11/02/2023** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

JASON WADE TRUST
SHONTAY LEANNE TRUST
11540 WARM SPRINGS WAY
YUCAIPA, CA  92399

HESTON & HESTON,
ATTORNEYS AT LAW
19700 FAIRCHILD RD, STE 280
IRVINE, CA  92612

☐ Service Information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**  (Indicate method for each person or entity served):  Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such a service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

**UST Form 101-13-FR-S (09/01/2009)**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/02/2023 | Tony Ho | *Tony Ho* (signature) |
|---|---|---|
| Date | Type Name | Tony Ho |

**UST Form 101-13-FR-S (09/01/2009)**

| In re: **JASON WADE TRUST**<br>**SHONTAY LEANNE TRUST**<br><br>Debtors | **Chapter: 13**<br><br>Case Number: **6:18-bk-16856-RB** |
|---|---|

## PROOF OF SERVICE OF DOCUMENT <u>CONTINUED</u>

ALTURA CREDIT UNION
2847 CAMPUS PARKWAY
RIVERSIDE, CA  92507

AWA COLLECTIONS
1045 W. KATELLA AVE
ORANGE, CA  92867

AWA COLLECTIONS
1045 W KATELLA AVE
ORANGE, CA  92867

BANK OF AMERICA NA
800 MARKET ST MO1-800-06-14
ST. LOUIS, MO  63101-2510

CAPITAL ONE NA
PO BOX 30285
SAN FRANCISCO, CA  94130-0285

CHAPMAN HEIGHTS COMMUNITY
C/O ASSOCIA PCM
1225 ALMA RD STE 100
RICHARDSON, TX  75081

CITIBANK NA
6716 GRADE LN
BLDG 9, STE 910-PY DEPT
LOUISVILLE, KY  40213-3439

DISCOVER BANK
ATTN: DISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY, OH  43054-3025

FRONTIER COMMUNICATIONS
ATTN: BANKRUPTCY DEPT
19 JOHN ST
MIDDLETOWN, NY  10940

LVNV FUNDING LLC
C/O RESURGENT CAPITAL
SERVICES
PO BOX 10587
GREENVILLE, SC  29603-0587

NETCREDIT
175 W JACKSON BLVD
SUITE 1000
CHICAGO, IL  60604

REPRODUCTIVE FERTILITY
EMBRYO BANK
9301 WILSHIRE BLVD, #208
9301 WILSHIRE BLVD,

SN SERVICING CORP
323 FIFTH ST.
EUREKA, CA  95501

SUNTRUST BANK-DDA RECOVERY
PO BOX 26150/ VA-RVW-9394
RICHMOND, VA  23260-6150

VERIZON BY AMERICAN
INFOSOURCE LP AS AGENT
PO BOX 248838
OKLAHOMA CITY, OK  73124-8838

VISTERRA CREDIT UNION
23520 CACTUS AVE
MORENO VALLEY, CA  92553

WELLS FARGO BANK NA
C/O WELLS FARGO CARD
SERVICES
PO BOX 9210
DES MOINES, IA  50306

**UST Form 101-13-FR-S (09/01/2009)**