United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 18-16856-RB |
| Jason Wade Trust | Chapter 13 |
| Shontay Leanne Trust | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 02, 2023 | Form ID: van111 | Total Noticed: 31 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason Wade Trust, Shontay Leanne Trust, 11540 Warm Springs Way, Yucaipa, CA 92399-6853 |
| 38689185 | + | AWA Collections, 1045 W. Katella Ave, Orange, CA 92867-3561 |
| 38689184 | + | Altura Credit Union, PO Box 12001, Riverside, CA 92502-2201 |
| 38689187 | | Capital One NA, PO Box 30285, San Francisco, CA 94130-0285 |
| 39094852 | + | Chapman Heights Community, c/o Associa PCM, 1225 Alma Rd Ste 100, Richardson TX 75081-2298 |
| 39094853 | + | Reproductive Fertility Embryo Bank, 9301 Wilshire Blvd #208, Beverly Hills CA 90210-6113 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Nov 03 2023 00:30:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Nov 03 2023 00:30:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | Email/Text: bknotice@mccarthyholthus.com | Nov 03 2023 00:29:00 | U.S. Bank National Association, as Trustee, succes, c/o McCarthy & Holthus LLP, 1770 Fourth Avenue, San Diego, CA 92101-2607 |
| cr | ^ | MEBN | Nov 03 2023 00:26:46 | U.S. Bank Trust National Association, as Trustee o, Ghidotti Berger, LLP, 1920 Old Tustin Ave, Santa Ana, CA 92705-7811 |
| 39078757 | + | Email/Text: bknotifications@alturacu.com | Nov 03 2023 00:30:00 | Altura Credit Union, 2847 Campus Parkway, Riverside CA 92507-0906 |
| 39085878 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Nov 03 2023 00:30:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 39155170 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 03 2023 00:29:29 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 38689188 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 03 2023 00:40:54 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 38689189 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 03 2023 00:29:03 | Credit One Bank, 585 South Pilot Street, Las Vegas, NV 89119-3619 |
| 38689190 | | Email/Text: mrdiscen@discover.com | Nov 03 2023 00:29:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 38702135 | | Email/Text: mrdiscen@discover.com | Nov 03 2023 00:29:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 38689191 | | Email/Text: bankruptcynotification@ftr.com | Nov 03 2023 00:30:00 | Frontier Communications, 19 John Street, Middletown, NY 10940 |

| District/off: 0973-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 02, 2023 | Form ID: van111 | Total Noticed: 31 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 39102419 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 03 2023 00:28:44 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 38689192 | + | Email/Text: netcreditbnc@enova.com | Nov 03 2023 00:30:00 | NC Financial, 175 West Jackson Blvd, Suite 1000, Chicago, IL 60604-2863 |
| 40796423 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 03 2023 00:29:00 | PRPM 2021-3, LLC, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 38695606 | + | Email/Text: bankruptcy@bbandt.com | Nov 03 2023 00:30:00 | SunTrust Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 39133397 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 03 2023 00:29:29 | U.S. Bank National Association, as Trustee, C/O Wells Fargo Bank, N.A., as servicer, Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 40935465 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 03 2023 00:29:00 | U.S. Bank Trust National Association,, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 41316529 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 03 2023 00:29:00 | U.S. Bank Trust National Association, as Trustee, of the LB-Cabana Series IV Trust, c/o: Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 41619450 | ^ | MEBN | Nov 03 2023 00:26:51 | US Bank Trust NA, SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 39136100 | | Email/PDF: ebn_ais@aisinfo.com | Nov 03 2023 00:29:28 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 38689194 | + | Email/Text: bknotifications@alturacu.com | Nov 03 2023 00:30:00 | Visterra Credit Union, 23520 Cactus Ave, Moreno Valley, CA 92553-8906 |
| 39103170 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 03 2023 00:29:03 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 38689195 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 03 2023 00:29:06 | Wells Fargo Card Services, PO Box 51193, Los Angeles, CA 90051-5493 |
| 38689196 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 03 2023 00:40:43 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| cr | | WELLS FARGO BANK, N.A. |
| cr | *+ | PRPM 2021-3, LLC, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 38689186 | *+ | AWA Collections, 1045 W. Katella Ave, Orange, CA 92867-3561 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0973-6 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 02, 2023 | Form ID: van111 | Total Noticed: 31 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2023              Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Joint Debtor Shontay Leanne Trust bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Debtor Jason Wade Trust bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Erica T Loftis Pacheco | on behalf of Creditor PRPM 2021-3  LLC bknotifications@ghidottiberger.com |
| Erica T Loftis Pacheco | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the LB-Cabana Series IV Trust bknotifications@ghidottiberger.com |
| Kelli M Brown | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the LB-Cabana Series IV Trust kbrown@ghidottiberger.com, bknotifications@ghidottiberger.com |
| Marisol A Nagata | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the LB-Cabana Series IV Trust bknotifications@ghidottiberger.com, mnagata@ghidottiberger.com |
| Nancy L Lee | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com  nlee@ecf.courtdrive.com |
| Nancy L Lee | on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, S bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |
| Yadira P Delgado | on behalf of Creditor WELLS FARGO BANK  N.A. Yadira.P.Delgado@wellsfargo.com |

TOTAL: 11

# United States Bankruptcy Court
# Central District of California

**3420 Twelfth Street, Riverside, CA 92501−3819**

## NOTICE OF REQUIREMENT TO FILE A DEBTOR'S
## CERTIFICATION OF COMPLIANCE UNDER 11 U.S.C. §1328(a) AND
## APPLICATION FOR ENTRY OF DISCHARGE

**DEBTOR(S) INFORMATION:**
Jason Wade Trust
**SSN:** xxx−xx−6939
**EIN:** N/A
Shontay Leanne Trust
**SSN:** xxx−xx−3409 aw Trust Family Daycare

11540 Warm Springs Way
Yucaipa, CA 92399

**BANKRUPTCY NO.** 6:18−bk−16856−RB
**CHAPTER** 13
aw Trust Family Daycare

**TO DEBTOR(S) AND DEBTOR(S)' ATTORNEY**

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must complete and file Debtor's Certification of Compliance under 11 U.S.C. § 1328(a) and Application For Entry of Discharge before a discharge can be entered in the above−captioned case. This form is available on the court's website at www.cacb.uscourts.gov.

Debtor(s) and /or debtor(s)' attorney is/are further notified that the Debtor's Certification of Compliance under 11 U.S.C. § 1328(a) and Application For Entry of Discharge must be filed within 30 days from the date of this notice. Failure to timely file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the case, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated: November 2, 2023

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(Form dnrotrf rev. 05/06 VAN−111

**143 / DR**