United States Bankruptcy Court

Central District of California

In re:  Case No. 18-16856-RB
Jason Wade Trust  Chapter 13
Shontay Leanne Trust
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-6    User: admin    Page 1 of 3
Date Rcvd: Nov 17, 2023    Form ID: 3180W    Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol      Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason Wade Trust, Shontay Leanne Trust, 11540 Warm Springs Way, Yucaipa, CA 92399-6853 |
| 38689185 | + | AWA Collections, 1045 W. Katella Ave, Orange, CA 92867-3561 |
| 38689184 | + | Altura Credit Union, PO Box 12001, Riverside, CA 92502-2201 |
| 38689187 | | Capital One NA, PO Box 30285, San Francisco, CA 94130-0285 |
| 39094852 | + | Chapman Heights Community, c/o Associa PCM, 1225 Alma Rd Ste 100, Richardson TX 75081-2298 |
| 39094853 | + | Reproductive Fertility Embryo Bank, 9301 Wilshire Blvd #208, Beverly Hills CA 90210-6113 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Nov 18 2023 05:11:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Nov 18 2023 05:11:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | Email/Text: bknotice@mccarthyholthus.com | Nov 18 2023 00:16:00 | U.S. Bank National Association, as Trustee, succes, c/o McCarthy & Holthus LLP, 1770 Fourth Avenue, San Diego, CA 92101-2607 |
| cr | ^ | MEBN | Nov 18 2023 00:07:48 | U.S. Bank Trust National Association, as Trustee o, Ghidotti Berger, LLP, 1920 Old Tustin Ave, Santa Ana, CA 92705-7811 |
| 39078757 | + | Email/Text: bknotifications@alturacu.com | Nov 18 2023 00:17:00 | Altura Credit Union, 2847 Campus Parkway, Riverside CA 92507-0906 |
| 39085878 | + | EDI: BANKAMER2.COM | Nov 18 2023 05:11:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 39155170 | + | EDI: CITICORP.COM | Nov 18 2023 05:11:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 38689188 | | EDI: CITICORP.COM | Nov 18 2023 05:11:00 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 38689189 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 18 2023 00:29:19 | Credit One Bank, 585 South Pilot Street, Las Vegas, NV 89119-3619 |
| 38689190 | | EDI: DISCOVER.COM | Nov 18 2023 05:04:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 38702135 | | EDI: DISCOVER.COM | Nov 18 2023 05:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 38689191 | | Email/Text: bankruptcynotification@ftr.com | Nov 18 2023 00:17:00 | Frontier Communications, 19 John Street, Middletown, NY 10940 |

| District/off: 0973-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 17, 2023 | Form ID: 3180W | Total Noticed: 31 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 39102419 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2023 00:28:45 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 38689192 | + | Email/Text: netcreditbnc@enova.com | Nov 18 2023 00:17:00 | NC Financial, 175 West Jackson Blvd, Suite 1000, Chicago, IL 60604-2863 |
| 40796423 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 18 2023 00:16:00 | PRPM 2021-3, LLC, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 38695606 | + | Email/Text: bankruptcy@bbandt.com | Nov 18 2023 00:16:00 | SunTrust Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 39133397 | + | EDI: WFFC2 | Nov 18 2023 05:11:00 | U.S. Bank National Association, as Trustee, C/O Wells Fargo Bank, N.A., as servicer, Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 40935465 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 18 2023 00:16:00 | U.S. Bank Trust National Association,, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 41316529 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 18 2023 00:16:00 | U.S. Bank Trust National Association, as Trustee, of the LB-Cabana Series IV Trust, c/o: Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 41619450 | ^ | MEBN | Nov 18 2023 00:07:23 | US Bank Trust NA, SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 39136100 | | EDI: AIS.COM | Nov 18 2023 05:11:00 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 38689194 | + | Email/Text: bknotifications@alturacu.com | Nov 18 2023 00:17:00 | Visterra Credit Union, 23520 Cactus Ave, Moreno Valley, CA 92553-8906 |
| 39103170 | | EDI: WFFC2 | Nov 18 2023 05:11:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 38689195 | | EDI: WFFC2 | Nov 18 2023 05:11:00 | Wells Fargo Card Services, PO Box 51193, Los Angeles, CA 90051-5493 |
| 38689196 | + | EDI: WFFC2 | Nov 18 2023 05:11:00 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| cr | | WELLS FARGO BANK, N.A. |
| cr | *+ | PRPM 2021-3, LLC, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 38689186 | *+ | AWA Collections, 1045 W. Katella Ave, Orange, CA 92867-3561 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 17, 2023 | Form ID: 3180W | Total Noticed: 31 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Nov 19, 2023 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2023 at the address(es) listed below:

**Name**     **Email Address**

Benjamin Heston
on behalf of Joint Debtor Shontay Leanne Trust bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net

Benjamin Heston
on behalf of Debtor Jason Wade Trust bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net

Erica T Loftis Pacheco
on behalf of Creditor PRPM 2021-3 LLC bknotifications@ghidottiberger.com

Erica T Loftis Pacheco
on behalf of Creditor U.S. Bank Trust National Association as Trustee of the LB-Cabana Series IV Trust bknotifications@ghidottiberger.com

Kelli M Brown
on behalf of Creditor U.S. Bank Trust National Association as Trustee of the LB-Cabana Series IV Trust kbrown@ghidottiberger.com, bknotifications@ghidottiberger.com

Marisol A Nagata
on behalf of Creditor U.S. Bank Trust National Association as Trustee of the LB-Cabana Series IV Trust bknotifications@ghidottiberger.com, mnagata@ghidottiberger.com

Nancy L Lee
on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com nlee@ecf.courtdrive.com

Nancy L Lee
on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, S bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com

Rod Danielson (TR)
notice-efile@rodan13.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

Yadira P Delgado
on behalf of Creditor WELLS FARGO BANK N.A. Yadira.P.Delgado@wellsfargo.com

TOTAL: 11

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Jason Wade Trust<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6939<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Shontay Leanne Trust<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3409<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Central District of California | | |
| Case number:   6:18–bk–16856–RB | | |

# Order of Discharge – Chapter 13                                                                                      12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jason Wade Trust

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 11/17/23

**Dated:** <u>11/17/23</u>

Shontay Leanne Trust
aw Trust Family Daycare

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 2 Discharge Date: 11/17/23

**By the court:**   <u>Magdalena Reyes Bordeaux</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

148/SH

**For more information, see page 2 >**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**